CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Carlos Alberto Lazaro-Gaspar<br>YOB: 1987; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-07201MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about April 19, 2021, at or near Hereford, in the District of Arizona, **Carlos Alberto Lazaro-Gaspar**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on June 26, 2014, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Carlos Alberto Lazaro-Gaspar** is a citizen of Mexico. On June 26, 2014, **Carlos Alberto Lazaro-Gaspar** was lawfully denied admission, excluded, deported and removed from the United States through El Paso, Texas. On April 19, 2021, agents found **Carlos Alberto Lazaro-Gaspar** in the United States at or near Hereford, Arizona, without the proper immigration documents. **Carlos Alberto Lazaro-Gaspar** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>LMG2/AJC<br>AUTHORIZED AUSA /s/Liza Granoff | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE<br>*Jacqueline M. Rateau* | DATE<br>April 20, 2021 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54